Grasha v Town of Amherst (2023 NY Slip Op 00522)

Grasha v Town of Amherst

2023 NY Slip Op 00522

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ.

41 CA 22-00034

[*1]KORI GRASHA, PLAINTIFF-RESPONDENT,
v
TOWN OF AMHERST, DEFENDANT-APPELLANT, ET AL., DEFENDANT. 

STANLEY J. SLIWA, TOWN ATTORNEY, WILLIAMSVILLE, GERBER CIANO KELLY BRADY LLP, GARDEN CITY (BRENDAN T. FITZPATRICK OF COUNSEL), FOR DEFENDANT-APPELLANT. 
ROLAND M. CERCONE, PLLC, BUFFALO (ROLAND M. CERCONE OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (Paula L. Feroleto, J.), entered December 21, 2021. The order, among other things, calculated the amount of interest defendant Town of Amherst had to pay to plaintiff. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court